RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/6/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NUMBER 10-0226 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| LARRY D. KELLY | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 31] Filed by Defendant Larry D. Kelly is hereby **DENIED**.

MONROE, LOUISIANA, this 5 day of April, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE